F I L E D
Clerk
District Court

MAR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br><br>LIZAMA, VIVIAN HOCOG<br>    Defendant. | CRIMINAL CASE NO. 00-00014-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Margarita Wonenberg, in the above-captioned case and requests for the release of U.S. Passport No. 120050673 held by the Court.

Dated this ___10 th___ day of March, 2006.

_____
MARGARITA WONENBERG
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Margarita Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to defendant Vivian Hocog Lizama

Dated this ___13 TH___ day of March, 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands